AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOHN FORTES

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1794-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  May 27 and June 2, 2004  in  Bristol  county, in the District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense) manufacture, distribute, and dispense, and possess with intent to manufacture, distribute, and dispense a controlled substance, to wit: a quantity of crack cocaine

in violation of Title  21  United States Code, Section(s)  841(a)(1) and 18 U.S.C. s. 922(g)(1)

I further state that I am a(n)  Special Agent, ATF  and that this complaint is based on the following
Official Title

facts:

See attached affidavit of ATF Special Agent Brendan Hickey

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

6-22-04   at  Boston, MA
Date                                                               City and State

CHARLES B. SWARTWOOD III
UNITED STATES MAGISTRATE JUDGE   _____
Name & Title of Judicial Officer                                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.