AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOHN FORTES

**CRIMINAL COMPLAINT**

CASE NUMBER: *04-1794-CBS*

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about    May 27 and June 2, 2004    in    Bristol    county, in the

District of    Massachusetts    defendant(s) did, (Track Statutory Language of Offense)
manufacture, distribute, and dispense, and possess with intent to manufacture, distribute, and dispense a controlled substance, to wit: a quantity of crack cocaine

in violation of Title    21    United States Code, Section(s)    841(a)(1) and 18 U.S.C. s. 922(g)(1)

I further state that I am a(n)    Special Agent, ATF    and that this complaint is based on the following
                                    Official Title
facts:

See attached affidavit of ATF Special Agent Brendan Hickey

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

6-22-04

Date

at    Boston, MA
      City and State

CHARLES B. SWARTWOOD III
UNITED STATES MAGISTRATE JUDGE

Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.