**CJA 23**
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OR FEE

IN UNITED STATES  ☑ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE: U.S. v.s. John Fotts

LOCATION NUMBER: _(handwritten notes)_

**PERSON REPRESENTED** (Show your full name): John Fotts

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate: 04-1794-CBS
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed?  ☐ Yes  ☑ No  ☐ Am Self-Employed
- Name and address of employer: ____
- IF YES, how much do you earn per month? $ ____
- IF NO, give month and year of last employment. How much did you earn per month? $ ____
- If married is your Spouse employed?  ☐ Yes  ☑ No
- IF YES, how much does your Spouse earn per month? $ ____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ ____

**CASH** — Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☑ No  IF YES, state total amount $ ____

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: ____

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 4
List persons you actually support and your relationship to them: Jonathon Fotts — 11; ___ — ___; ___ — ___ ; ___ — John — 3

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Credit cards — Visa | $10,000 | $ |
| | Hospital bills | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _John Fotts_