AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

JOHN FORTES

AMENDED

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1794-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 27 and June 2, 2004 in Bristol county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) manufacture, distribute, and dispense, and possess with intent to manufacture, distribute, and dispense a controlled substance, to wit: a quantity of cocaine, and possess in and affecting commerce a quantity of ammunition after having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 18 U.S.C. s. 922(g)(1).

I further state that I am a(n) Special Agent, ATF and that this complaint is based on the following
Official Title
facts:

See attached affidavit of ATF Special Agent Brendan Hickey

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

6-25-04                                    at
Date

CHARLES B. SWARTWOOD III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.