AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MA_____

UNITED STATES

V.

JOHN FORTES

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1794-CBS

| PRESIDING JUDGE Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY CABELL | DEFENDANT'S ATTORNEY SUTTER |
|---|---|---|
| TRIAL DATE (S) 7/2/2004 | COURT REPORTER 12:09 P | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Witnesses |
|  |  | 7/2/2004 |  |  | Agent Brendan Hickey |
|  |  |  |  |  |  |
|  |  |  |  |  | Exhibits |
| 1 |  | 7/2/2004 | X | X | Complaint and Affidavit |
| 2 |  | 7/2/2004 | X | X | Lab Analysis 6-21-2004 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages