AO 442 (Rev. 5/93) Warrant for Arrest

SCANNED DATE: 07/19/04 BY: SW

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOHN FORTES

## WARRANT FOR ARREST

CASE NUMBER: 04-1794-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JOHN FORTES
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
possession with intent to distribute cocaine, and being a felon in possession of ammunition

in violation of Title  21  United States Code, Section(s) 841(a)(1) and 18 U.S.C. s. 922(g)(1)

CHARLES B. SWARTWOOD III
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

6-22-04 @ Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 06/24/2004

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.