# JAMES H. BUDREAU
## ATTORNEY AT LAW

20 PARK PLAZA, SUITE 905
BOSTON, MASSACHUSETTS 02116

(617) 227-3700

FAX (617) 338-9538

www.federal-lawyers.com

OTERI, WEINBERG & LAWSON
OF COUNSEL

April 26, 2007

Lisa Roland
U.S. District Court
595 Main Street
Worcester, MA 01608

US v. Fortes, 1:04-mj-01794

Dear Ms. Roland:

     Please be advised that I would like a transcript of any testimony from the probable cause or detention hearing that occurred in the instant case. I am not sure if this hearing occurred June 25, 2004 or later in December as the docket is confusing on this point and I was not counsel at the time. I am going to trial on July 9th in this case and there is a potential evidentiary hearing that could occur on an earlier date that would require my use of this transcript. If you have any questions, please e-mail or call me at the above telephone number.

Sincerely,

James Budreau